## Exhibit A to the Complaint

**Location:** San Jose, CA  **IP Address:** 73.202.83.113
**Total Works Infringed:** 35  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BAB6EB6DA296A31AF623DB7A9EF885CCD7C0DB5D<br>File Hash: C063254D50186F2088DAE501466E95E9A0E26A2243F649F67F8443EA45B5CDF5 | 02-19-2022 11:25:55 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 2 | Info Hash: 80F4781860CA14A36CFF0ED5574EB7817FDE4D80<br>File Hash: FA941BFA59F138EC3352364DCFE60E53882E4C160B135AC3576A3D7585904F9F | 02-18-2022 22:24:13 | Vixen | 12-30-2017 | 01-15-2018 | PA0002070944 |
| 3 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 02-18-2022 22:11:35 | Blacked Raw | 07-01-2019 | 07-17-2019 | PA0002188302 |
| 4 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 02-18-2022 21:46:03 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 5 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 01-28-2022 21:54:08 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 6 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 01-28-2022 21:20:14 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 7 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 01-28-2022 21:11:19 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 8 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 01-28-2022 21:10:00 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 01-28-2022 21:08:17 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 10 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash: FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 01-28-2022 21:08:17 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 11 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 01-28-2022 21:00:49 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 12 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 01-24-2022 09:15:42 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 13 | Info Hash: 486C0CB4CFC2FEC6B58CC1F673FA1886F224BADE<br>File Hash: B71CB4BC46EB59A07369C0D264714987B2C22CE49EA67FAB5FFEF73F10D993BD | 01-24-2022 09:13:30 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 14 | Info Hash: 70535E9E0E92734658E621BFAE369A6057364ECC<br>File Hash: 7F65E85969993002150C75C05AD7D4690560C8695A6A06B0755CE3C493208FA6 | 01-24-2022 09:13:07 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 15 | Info Hash: 27F711CD1E984692EFDAC08F768C0A058D9863BE<br>File Hash: F0E7F2B2D51DFA0C4376CD8AF9101332172F54BC9879EEE817641C784863E199 | 01-14-2022 19:01:17 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 16 | Info Hash: 6925967B48B6F7E696BF1524724AFFDCFEBAEBC5<br>File Hash: 4C2E8EFCDCBF178E0B24C671B8193416C6269EA73D8C495C291BA3F911AB4C6F | 01-11-2022 00:11:50 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 17 | Info Hash: 67D40AB4E208DB4E99A083392382522BE587F864<br>File Hash: 3E37721CEB04B78A720D43F2F2BF1EC62B7AB0F85DFD1884A5ADC0FA51085B69 | 01-10-2022 07:04:13 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 01-04-2022 01:24:42 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 19 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 12-20-2021 22:30:20 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 20 | Info Hash: FA00972FAE0D641E011A852D56700CB93E15CA11<br>File Hash: DE5FCB22DB4C79AD30C2417B0C9DB5C24F29C1D73E2A00DA0BF83D00CFE886E8 | 12-01-2021 23:22:22 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 21 | Info Hash: 22BB06A7B917E23F7DD4C86EE71A1D96A43D2573<br>File Hash: F3AA21B888026133F6222373DA65B762814D9FADAEDCC05B4AD954FE1666E072 | 11-19-2021 19:56:11 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 22 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash: 45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 10-09-2021 01:52:13 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 23 | Info Hash: FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash: E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 10-05-2021 23:18:23 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 24 | Info Hash: 14AB1F3D09A7FD1F5B4014B7D932F7FAC768DEC8<br>File Hash: 6D76F838EB0CC3D4537F6D58B82C60D51A6778E781AEB91C4B2B2FBE14F56B3A | 09-28-2021 20:07:09 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 25 | Info Hash: 136FA3183285251BC43A2098FABFB51A9938461A<br>File Hash: A0015BFEF43C7B8DE83CED9F631781A7446B813F5BF0FB32323FADC3AB61D106 | 09-23-2021 08:25:54 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 26 | Info Hash: 2E488D2530B78399628D50E819179A23693E120A<br>File Hash: 7B75D65C107E15B751BDD24B4FC32F760B3E817F58BFB088434E7A96317F91ED | 09-02-2021 22:53:15 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 08-22-2021 20:01:36 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 28 | Info Hash: D4BB512F8C0AE6A2925772036D1AD41CDC088861<br>File Hash: 27843D27F39A962E663A89A982202CEAA6BDF03320DCF9B043676AD2E93B3FC1 | 08-10-2021 04:09:34 | Vixen | 10-01-2018 | 11-01-2018 | PA0002143421 |
| 29 | Info Hash: A2C87322636F63116A37FF787A2288CF1B784CC7<br>File Hash: CA921B228BDB86F1040FE49639A94562431C73A8FB0CD92353FDC1A12D506758 | 06-09-2021 18:27:18 | Vixen | 09-11-2017 | 09-15-2017 | PA0002052839 |
| 30 | Info Hash: 1525672E90493326CE884D0054D9B81C2026954C<br>File Hash: F29BB6B9B8051B324AD829D0493A837667EC77CB27D3E7DBC235A4CC0B8BEE60 | 06-09-2021 18:25:04 | Blacked | 08-23-2017 | 10-10-2017 | PA0002086163 |
| 31 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash: 31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 06-09-2021 06:01:40 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 32 | Info Hash: 4CBADD45F5F7459BB9B9FC1A3C576D32207E3F0C<br>File Hash: 9FF9F37DE6ECA120598CCB15E9BD3C091C3019583DDA3A85E01D6632170A5285 | 05-14-2021 19:16:05 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 33 | Info Hash: 998D889AC133E44A451ADAA9C89CE64C3514FBE5<br>File Hash: 2F74CC0A9BF6B310FD57C4A213A195D653A4A6DC6AD050D61903295596AD7358 | 02-02-2021 23:03:29 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 34 | Info Hash: DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0<br>File Hash: F2CEB31D14663B616FB0063A1420032068528AEF8F9AE4958BFC424F952510D1 | 10-02-2020 22:03:50 | Blacked | 03-06-2019 | 03-31-2019 | PA0002163978 |
| 35 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 09-25-2020 21:41:04 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |